|Matt BernalAppellant |[pic] |The State of |
| | |TexasAppellee |

 Fourth Court of Appeals
 San Antonio, Texas

 December 9, 2013

 No. 04-13-00669-CR, 04-13-00670-CR, 04-13-00671-CR, 04-13-00672-CR, 04-13-
00673-CR, 04-13-00674-CR, 04-13-00675-CR, 04-13-0676-CR, 04-13-00677-CR, 04-
 13-00678-CR, and 04-13-00679-CR

 Matt BERNAL,
 Appellant

 v.

 The STATE of Texas,
 Appellee

 From the 226th Judicial District Court, Bexar County, Texas
 Trial Court No. 2012CR9915, 2012CR9914, 2012CR9913, 2012CR9907, 2012CR9908,
 2012CR9909, 2012CR9910, 2012CR9911, 2012CR9912, 2012CR9905, 2012CR9906
 Honorable Sid L. Harle, Judge Presiding

 ORDER

Sitting: Karen Angelini, Justice
 Sandee Bryan Marion, Justice
 Marialyn Barnard, Justice

 The Court issued an opinion dismissing these appeals on December 4,
2013. Appellant's motion to extend the time to file amended trial court
certifications is therefore DENIED AS MOOT.

 It is so ORDERED on December 9, 2013.

 per curiam

ATTESTED TO: _____________________
 Keith E. Hottle, Clerk